IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TYEJUANA ANN BOONE | § | |
| v. | § | CIVIL ACTION NO. 6:12cv84 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER OF DISMISSAL

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's final decision be affirmed and the social security action be dismissed with prejudice. Plaintiff has filed written objections.

Having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Plaintiff's Objections are hereby **OVERRULED**. It is further

**ORDERED** that the Commissioner's final decision is hereby **AFFIRMED** and this action is hereby **DISMISSED WITH PREJUDICE**. It is finally

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED and SIGNED** this 30th day of April, 2013.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**